**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

| | | |
|---|---|---|
| LETICIA WOODS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. _____ |
| v. | ) ) | |
| UNIVERSITY OF PHOENIX, | ) ) ) | |
| Defendants. | ) | |

**DEFENDANT'S NOTICE OF REMOVAL**

**TO THE HONORABLE JUDGE OF THE U.S. DISTRICT
COURT FOR THE EASTERN DISTRICT OF WISCONSIN:**

**I.**

Defendant University of Phoenix ("UOPX") is the Defendant in a civil action filed on February 24, 2026, in the Circuit Court – Civil Division of Milwaukee County, Wisconsin, entitled *Leticia Woods, individually and on behalf of all others similarly situated v. University of Phoenix*, Case No. 2026CV001665.

**II.**

In connection with the removal of this case to the U.S. District Court for the Eastern District of Wisconsin, the following items were filed in the state court action and are attached hereto as exhibits:

| State Court Item | Date Filed |
|---|---|
| (A) Electronic Filing Notice | February 24, 2026 |
| (B) Summons and Class Action Complaint | February 24, 2026 |
| (C) Affidavit of Service | March 23, 2026 |

1

**III.**

The summons and class action complaint in the state court action were served on UOPX on March 16, 2026. This Notice of Removal is filed within 30 days of receipt of the summons and class action complaint, and is timely filed under 28 U.S.C. § 1446(b)(1).

**IV.**

Removal is proper under 28 U.S.C. §§ 1332 and 1453. Plaintiff Leticia Woods ("Plaintiff") brings this lawsuit on behalf of a putative class action that she defines as "[a]ll individuals within the United States of America whose PII was exposed to unauthorized third-parties as a result of the data breach experienced by Defendant on or around October 25, 2025." (Ex. B ¶ 27.) Therefore, it can be argued that the amount in controversy exceeds the sum or value of $5,000,000 pursuant to 28 U.S.C. § 1332(d)(2). Additionally, Plaintiff alleges that she is "an adult individual . . . residing in Milwaukee County." (Ex. B ¶ 14.) UOPX's principal place of business is located in Arizona. Plaintiff is a citizen of Wisconsin, a state different from UOPX. *See* 28 U.S.C. § 1332(d)(2)(A), Therefore, the U.S. District Court for the Eastern District of Wisconsin has original jurisdiction over this action. 28 U.S.C. § 1332(d)(2).

**V.**

Removal of this action is proper under 28 U.S.C. § 1332, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter, based on the class action fairness act.

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, UOPX hereby removes this action from the Circuit Court – Civil Division of Milwaukee County, Wisconsin, to this Court on this 14th day of April, 2026.

2

Dated: April 14, 2026                  Respectfully submitted,

*/s/ Taylor D. Brisco*
Taylor D. Brisco
State Bar Number: 1105300
Attorney for Defendant
**CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP**
100 Crescent Court, Suite 700
Dallas, Texas 75201
Telephone: (214) 862-2271
Email: tbrisco@constangy.com

<u>**CERTIFICATE OF SERVICE**</u>

On April 14, 2026, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Eastern District of Wisconsin, using the Court's CM/ECF filing system. I hereby certify that I have served Plaintiff's counsel, via certified mail, authorized by Rule 5(b)(2) of the Federal Rules of Civil Procedure.

Shpetim Ademi
John D. Blythin
Daut Ademi
**ADEMI LLP**
3620 East Layton Avenue
Cudahy, Wisconsin 53110
sademi@ademilaw.com
jblythin@ademilaw.com
dademi@ademilaw.com
(414) 482-8000
(414) 482-8001 (FAX)

**ATTORNEYS FOR PLAINTIFF**

*/s/ Taylor D. Brisco*
Taylor D. Brisco

4